# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSE HERNANDEZ,                                   Case No.:

     Plaintiffs,

v.

PSAN PI/WD TRUST d/b/a THE TAKATA AIRBAG
TORT COMPENSATION TRUST FUND, and
BRAMAN IMPORTS, INC. d/b/a BRAMAN
HONDA,

     Defendants.

_____/

**DECLARATION OF ARMANDO DIAZ IN SUPPORT OF DEFENDANTS'
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

I, Armando Diaz, hereby declare as follows:

1.    I am over the age of eighteen, of sound mind, and competent to make this declaration. If called as a witness, I would testify as follows based on my personal knowledge and my review of Braman Honda's pertinent documents and materials:

2.    I am the Fixed Operations Director of Braman Honda of Miami. I have held this position for 22 years. As Fixed Operations Director, I am responsible for the general operations of our Parts and Service Department.

3.    I have reviewed the Complaint that Plaintiff, Jose Hernandez, filed with Florida's Eleventh Judicial Circuit in and for Miami-Dade County. I have also reviewed sales and repair records maintained by Braman Honda related to the subject vehicle, a 2005 Honda Civic, VIN 1HGEM225X5L012131. Braman Honda is an independent vehicle dealership. Braman Honda did not design or manufacture the subject vehicle.

4.      The subject vehicle was sold to its first retail purchaser as a new vehicle on October 31, 2004—nearly two decades ago—at Braman Honda. Braman Honda had no knowledge regarding any defect in the subject vehicle's Takata airbag inflator when it sold the vehicle on October 31, 2004.

5.      That retail purchaser was not Plaintiff, Jose Hernandez.

6.      Braman Honda had no knowledge of any alleged defect affecting the subject vehicle's Takata driver-side airbag inflator until American Honda Motor Co., Inc. issued a safety recall related to the subject vehicle on June 24, 2014.  Braman Honda never concealed any defect regarding the subject vehicle's airbag inflators.  No owner or user of the subject vehicle brought the subject vehicle to Braman Honda for service, repair, or a recall repair after the recall was issued.

7.      Mr. Hernandez did not purchase the subject vehicle from Braman Honda, and Braman Honda has no record of Mr. Hernandez ever bringing the subject vehicle in for service at Braman Honda.  Braman Honda has never had any contact or dealings with Mr. Hernandez.

I declare, under penalty of perjury pursuant to the laws of Florida and the United States of America, in accordance with section 92.525, Florida Statutes, and 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: January **19**, 2023.

By: _____
Armando Diaz